No. 748. UNITED STATES v. B–W CONSTRUCTION Co. March 4, 1946. Petition for writ of certiorari to the Court of Claims denied. *Solicitor General McGrath* for petitioner. *Dean Hill Stanley* for respondent.

No. 762. CRUMMER ET AL. v. UNITED STATES. March 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *R. B. Caldwell, Francis X. Busch, E. R. Sloan, Thomas M. Lillard, Joseph G. Carey, Arthur W. Skaer* and *James J. Magner* for petitioners. *Solicitor General McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 775. PROCTER v. COMMISSIONER OF INTERNAL REVENUE. March 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. Petitioner *pro se*. *Solicitor General McGrath, Sewall Key, Arnold Raum, Helen R. Carloss* and *Carlton Fox* for respondent.

No. 779. GINSBURG v. ADAMS. March 4, 1946. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Paul Ginsburg, pro se.* Respondent *pro se*.

No. 814. MANHATTAN RAILWAY Co. ET AL. v. CITY OF NEW YORK ET AL. March 4, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *John B. Doyle* for petitioners. *John J. Bennett* and *Leo Brown* for respondents.